FILED

2003 DEC -4  P 2: 31

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MY NGUYEN | : |
| | : CIVIL ACTION NO. |
| v. | : |
| | : 301 CV 832 (AVC) |
| STANADYNE AUTOMOTIVE | : |
| CORP. and PHAT NGUYEN | : December 1, 2003 |

## APPLICATION FOR WAGE EXECUTION

Pursuant to Rule 69 of the Federal Rules of Civil Procedure and Section 52-361a of the Connecticut General Statutes, My Nguyen, Plaintiff herein, hereby applies for the issuance of a wage execution and in support thereof makes the following representations:

1. On July 25, 2003, judgment entered in this action for My Nguyen against Phat Nguyen for $25,000.

2. Plaintiff has requested the taxing of costs in the amount of $1,321.40, but no costs have been taxed as of this date.

3. Plaintiff is entitled to interest at the rate of 1.10% pursuant to 28 U.S.C. §1961.[1] Interest therefore accrues at the rate of $0.753425 per day from July 25, 2003.

4. Phat Nguyen, judgment debtor, has made no payments pursuant to the court's judgment.

---

[1] The weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the week ending 07/18/2003 was 1.10%.

**Application for Wage Execution - Page 1**

5.      As of December 1, 2003, the total amount of the unpaid judgment, including interest and costs is calculated as follows:

| Judgment | $25,000.00 | |
| --- | --- | --- |
| Interest | $66.30 | 88 days x $0.753425 |
| Costs | $1,321.40 | |
| | $26,387.70 | |

Interest continues to accrue on the principal amount of the judgment at the rate of 1.10% per annum compounded annually.

6.      The last known employer of the judgment debtor is:

> Stanadyne Corporation
> 92 Deerfield Road
> Windsor, CT   06095

Plaintiff is the owner and holder of a judgment against Phat Nguyen in the amount of $25,000, together with costs of court and post-judgment interest.

7.      The obligations of the Judgment Debtor will increase as a consequence of the service fees incurred by the service of the Wage Execution upon Stanadayne, another Defendant herein, and the fees of the State Marshal.

8.      Pursuant to 15 U.S.C. § 1673, Plaintiff requests that the Court order Stanadyne Corporation to withhold 25% of the net income to be paid to Phat Nguyen as wages and to remit same to her counsel.

MY NGUYEN
PLAINTIFF

By: _____
Charles D. Houlihan, Jr.
Federal Bar No. CT 11416
Post Office Box 582
Simsbury, CT 06070

Telephone:   (860) 658-9668
E-Mail:      CDH atty @ aol.com
Telecopier:  (860) 658-1339

**ATTORNEY FOR PLAINTIFF**

### ORDER

This application of the issuance of a wage execution in the amount of the unpaid judgment including costs and interest is hereby GRANTED / DENIED; and

It is further ordered that the Clerk issue the attached Wage Execution for service upon Stanadyne Corporation by any disinterested suitable person over the age of 18 years.

Signed this the _____ day of December 2003.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed by United States mail, postage pre-paid, to the following parties or counsel of record:

Richard D. O'Connor, Esq.  
Siegel, O'Connor, Schiff & Zangari, P.C.  
150 Trumbull Street  
Hartford, CT 06103

Phat Nguyen  
152 Sydney Avenue  
West Hartford, CT 06110-1031

on December 2, 2003

_____  
Charles D. Houlihan, Jr.