```
                                                    FILED

                                                    2004 JAN 26  A 10: 02

                                                    U.S. DISTRICT COURT
          UNITED STATES DISTRICT COURT                 HARTFORD, CT.
                   for the
          DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| MY NGUYEN | : |
| | : CIVIL ACTION NO. |
| v. | : |
| | : 301 CV 832 (AVC) |
| STANADYNE AUTOMOTIVE | : |
| CORP. and PHAT NGUYEN | : January 26, 2004 |

### PLAINTIFF'S MOTION FOR CONTINUANCE RE BILL OF COSTS

My Nguyen, Plaintiff herein, moves for additional time to respond to the Clerk's assessment of costs in this case and represents as follows:

**History**

On July 29, 2003, Plaintiff submitted her bill of costs. The Clerk taxed costs during the week of January 19, 2004.

**Time Constraints**

Plaintiff's counsel has not had an opportunity to prepare objections and otherwise to respond to the order of the Clerk. He has been engaged in the trial of a construction dispute in Hartford Superior Court since January 15, 2004. A&A Mason v. Montagno Construction, No. CV - 01 - 0809650 S.

Counsel has also had significant matters set for hearing at short calendar or otherwise scheduled for argument within the week following the order by the Clerk. A motion to dismiss is set for January 26, 2004 in Maxemus Entertainment L.L.C. v.

Motion for Continuance - Page 1

Jennifer Lopez, et al. Docket No. CV 03-0824948 S (Hartford Superior Court). A hearing on a series of motions concerning a $500,000 judgment is scheduled for January 26, 2004 at 2:00 p.m. in New Britain Superior Court; these motions have been pending for three years.

Finally, a senior in high school died on January 23, 2004 as a result of injuries sustained in a car accident. A dozen of his friends gathered to mourn in counsel's home on Saturday, and a memorial service was held on Sunday at his high school.

Counsel has not had the opportunity to review and respond to the order of the clerk, and requests that Plaintiff's time for response be extended to February 6, 2004.

**Consent of Counsel**

The events of the weekend came unexpectedly, and this motion was prepared early on the morning of January 26, 2004. Counsel have not had an opportunity to discuss whether Defendants' consent to this motion.

MY NGUYEN, PLAINTIFF

By: _____
Charles D. Houlihan, Jr.
Federal Bar No. CT 11416
Post Office Box 582
Simsbury, CT 06070

Telephone:   (860) 658-9668
Telecopier:  (860) 658-1339
charles.houlihan@sbcglobal.net

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed by United States mail, postage pre-paid, by facsimile or by hand-deliver to the following parties or counsel of record:

Glenn A. Duhl, Esq.
Siegel, O'Connor, Zangari, O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06l03
(860)727-8900  Ext. 215
Fax: (860) 527-5131

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT   06103
Federal Bar No.  CT 00078

on this the 26th day of January 2004.

_____
Charles D. Houlihan, Jr.