```
********** -COMM. JOURNAL- ******************DATE JUL-21-2003 ***** TIME 12:54 ********

                MODE = MEMORY TRANSMISSION        START=JUL-21 12:52    END=JUL-21 12:54

                    FILE NO.=968

            STN NO.   COMM.   ABBR NO.    STATION NAME/TEL NO.    PAGES    DURATION

             001      OK       ☎          96581339                003/003  00:01:26


                                                        -SIEGEL OCONNOR        -

            *******************************  -      - *****  -    860 527 5131- *********
```

# SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.
## 150 Trumbull Street
## Hartford, Connecticut 06103
### *JULY 21, 2003*

---

### *FACSIMILE TRANSMITTAL SHEET*

| TO: Charles D. Houlihan, Jr. | FROM: Glenn A. Duhl, Esq. |
|---|---|
| FAX NUMBER: (860) 658-1339 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| RE: Nguyen v. Stanadyne Corporation | IF THIS TRANSMISSION IS UNCLEAR PLEASE CONTACT: Ann Marie X217 |

☑ URGENT     ☑ FOR REVIEW     ☑ PLEASE REPLY

---

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS BY THE UNITED STATES POSTAL SERVICE.

---

MESSAGE:

This will confirm that our respective offices will share equally the cost of the translator. I am enclosing a copy of the contract that I am sending to the translator.

---

Phone: (860)727-8900
Facsimile: (860) 527-5131

EXHIBIT C

SIEGEL, O'CONNOR, ZANGARI,
O'DONNELL & BECK, P.C.
150 Trumbull Street
Hartford, Connecticut 06103

*JULY 21, 2003*

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Charles D. Houlihan, Jr. | Glenn A. Duhl, Esq. |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| (860) 658-1339 | 3 |
| RE: | IF THIS TRANSMISSION IS UNCLEAR PLEASE CONTACT: |
| Nguyen v. Stanadyne Corporation | Ann Marie X217 |

☑ URGENT            ☑ FOR REVIEW            ☑ PLEASE REPLY

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS BY THE UNITED STATES POSTAL SERVICE.

MESSAGE:

    This will confirm that our respective offices will share equally the cost of the translator. I am enclosing a copy of the contract that I am sending to the translator.

Phone: (860) 727-8900
Facsimile: (860) 527-5131

# Clear **Understandings**
### We Make Everything **Perfectly** Clear **For You!**

## CONTRACT FOR SERVICES RENDERED

Page 1 of 2

CLIENT'S NAME: _Glenn A. Duhl / Richard D. O'Connor_

ADDRESS: _150 Trumbull ST. Hartford, CT 06103_

TELEPHONE NUMBER(S): _(860) 727-8900_

LANGUAGE(S): _Vietnamese_

DATE(S) CONTRACTED FOR: _July of 2003_

ASSIGNMENT LOCATION(S): _Hartford Court_

## TERMS AND CONDITIONS

**Applicable rates, fees and terms of service are as follows:**

- As a client with Clear Understandings, in order to retain our services you hereby expressly agree in signing this contract to contact _only_ our interpreters as supplied by Clear Understandings, _and only through_ the management of Clear Understandings at all times.

- Hourly Rate is $75.00. Vehicle mileage for the assigned translator is assessed at the rate of 25 (twenty-five) cents per mile. Travel time is billed at the rate of $35.00 per hour.

- Client understands and agrees to contracting for a set minimum of two hours' time for each day in which services are provided.

- Client agrees to render payment for all services provided at the conclusion of each day in which services are furnished, unless agreed to in advance with and approved in full by the Director of Clear Understandings, Cindy Lam, in which case payment will be due upon receipt of billing invoice. Invoices not paid within 30 days are subject to a 1% interest charge for each additional 30 days incurred.

# Clear **Understandings**
*We Make Everything* **Perfectly** *Clear* **For You!**

## CONTRACT FOR SERVICES RENDERED

### Page 2 of 2

- All cancellations must be made 24 hours in advance of the day/date when services are to be performed on your behalf as our client. Failure to notify Clear Understandings of your intent to cancel at least 24 hours ahead of time will result in your being billed for the mandatory two-hour minimum. This also applies if you fail to show up at the designated time and place of your appointment with the assigned interpretor/translator.

- In agreeing to retain and employ our services through your signing this contract, you are fully aware of and accept that we <u>are not</u> and <u>will not</u> be held liable under any circumstances in our performance for any errors, omissions of facts or misrepresentations of the truth made by the person upon whose behalf our services are conducted with and for as our client.

- By your signature below, you confirm that the billing and payment terms and conditions are acceptable to you. You are liable for payment, and if payment is not rendered as agreed to in this contract Clear Understandings will pursue legal action to collect the fees due to it in a timely manner. Furthermore, in the event that such legal action becomes necessary, you as the undersigned agree to be liable for and issue prompt payment for all reasonable court costs, attorney's fees and all reasonable expenses incurred at the time when they are due.

_____, Siegel, 'O'Connor
Signature of Client  Glenn A. Duhl, Siegel O'Connor

_____7/21/03_____
Date Signed

*Clear Understandings * Cindy Lam, Director * 48 South Street * West Hartford, CT 06110*
*Phone/Fax/Voice Mail: (860) 586-8275 * Email: clearunderstanding@aol.com*
                          233-0722

LAW OFFICES
# SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.

| | | |
|---|---|---|
| 150 TRUMBULL STREET<br>HARTFORD, CONNECTICUT 06103<br>(860) 727-8900<br>FAX (860) 527-5131 | www.siegeloconnor.com | P.O. DRAWER 906<br>171 ORANGE STREET<br>NEW HAVEN, CONNECTICUT 06504<br>(203) 789-0001<br>FAX (203) 782-2766 |

**PLEASE REPLY TO HARTFORD OFFICE**

Email:gduhl@siegeloconnor.com

September 5, 2003

Hue Lam / Clear Understandings
48 Sidney Avenue
West Hartford, CT 06110

    Re:    <u>My Nguyen v. Stanadyne Automotive Corp. and Phat Nguyen</u>
            <u>U.S.D.C.  D. Conn. No. 301CV00832 (AVC)</u>

Dear Hue:

I am enclosing a check in the amount of $699.20 representing the following:

1. defendants' one-half share of the July 22, 2003 invoice for $624.45;
2. defendants' one-half share of the July 23, 2003 invoice for $436.95; and
3. the full amount of the July 14, 2003 invoice for $168.50.

As you know, the parties had agreed to share the cost of your services at trial. Please let me know that you have received the other one-half of the two trial days from Mr. Houlihan or Mr. Spinella.

Thank you again for your kind assistance.

Very truly yours,

Glenn A. Duhl

Enclosure.

c:    Charles D. Houlihan, Jr.
      A. Paul Spinella
      Richard D. O'Connor



EXHIBIT D

**SIEGEL, O'CONNOR, ZANGARI,**
**O'DONNELL & BECK, P.C.**
150 TRUMBULL STREET
HARTFORD, CONNECTICUT 06103

FLEET BANK
HARTFORD, CONNECTICUT
NOT VALID AFTER 90 DAYS
51-57/119

CHECK  26705

26705

| DATE | AMOUNT |
|---|---|
| 09/04/2003 | $699.20 |

PAY *Six Hundred Ninety-Nine and 20/100 Dollars------------------------------------------*

TO THE ORDER OF: Hue Lam/Clear Understandings
48 Sidney Avenue
West Hartford, CT 06110

⑈026705⑈ ⑆011900571⑆ 94283 74872⑈

---

**SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.**                                26705

                                                                                      26705

Hue Lam/Clear Understandings            09/04/2003              $699.20

| Inv. Dat | Inv. No. | Description | Amount |
|---|---|---|---|
| 09-04-03 | VN 7/23/03 | | 218.47 |
| 09-04-03 | VN 7-14-03 | | 168.50 |
| 09-04-03 | VN 7-22-03 | | 312.23 |

# SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.
## 150 Trumbull Street
## Hartford, Connecticut 06103
### SEPTEMBER 4, 2003

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Charles D. Houlihan, Jr. | Glenn A. Duhl, Esq. |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| (860) 658-1339 | **2** |
| RE: | IF THIS TRANSMISSION IS UNCLEAR PLEASE CONTACT: |
| Nguyen v. Stanadyne Corporation | Mo Moriarty (ext. 217) |

☑ URGENT          ☑ FOR REVIEW          ☑ PLEASE REPLY

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS BY THE UNITED STATES POSTAL SERVICE.

MESSAGE:

Copy of letter as discussed.

Phone: (860)727-8900
Facsimile: (860) 527-5131

```
************ -COMM. JOURNAL- ******************* DATE SEP-04-2003 ***** TIME 17:55 ********

            MODE = MEMORY TRANSMISSION           START=SEP-04 17:54      END=SEP-04 17:55
                FILE NO.=619
       STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.    PAGES     DURATION
         001      OK        #          96581339            002/002    00:00:49

                                                         -SIEGEL OCONNOR          -
******************************* -           - ***** -     860 527 5131- ********
```

# SIEGEL, O'CONNOR, ZANGARI, O'DONNELL & BECK, P.C.
### 150 Trumbull Street
### Hartford, Connecticut 06103
### *SEPTEMBER 4, 2003*

## *FACSIMILE TRANSMITTAL SHEET*

| TO: | FROM: |
|---|---|
| Charles D. Houlihan, Jr. | Glenn A. Duhl, Esq. |
| **FAX NUMBER:** (860) 658-1339 | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |
| **RE:** Nguyen v. Stanadyne Corporation | **IF THIS TRANSMISSION IS UNCLEAR PLEASE CONTACT:** Mo Moriarty (ext. 217) |

☑ URGENT          ☑ FOR REVIEW          ☑ PLEASE REPLY

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS BY THE UNITED STATES POSTAL SERVICE.

MESSAGE:

Copy of letter as discussed.

**Phone: (860)727-8900**
**Facsimile: (860) 527-5131**