FILED

2004 JAN 26 A 10: 02

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MY NGUYEN | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : |
| | : 301 CV 832 (AVC) |
| STANADYNE AUTOMOTIVE | : |
| CORP. and PHAT NGUYEN | : January 26, 2004 |

### PLAINTIFF'S MOTION FOR CONTINUANCE RE BILL OF COSTS

My Nguyen, Plaintiff herein, moves for additional time to respond to the Clerk's assessment of costs in this case and represents as follows:

**History**

On July 29, 2003, Plaintiff submitted her bill of costs. The Clerk taxed costs during the week of January 19, 2004.

**Time Constraints**

Plaintiff's counsel has not had an opportunity to prepare objections and otherwise to respond to the order of the Clerk. He has been engaged in the trial of a construction dispute in Hartford Superior Court since January 15, 2004. A&A Mason v. Montagno Construction, No. CV - 01 - 0809650 S.

Counsel has also had significant matters set for hearing at short calendar or otherwise scheduled for argument within the week following the order by the Clerk. A motion to dismiss is set for January 26, 2004 in Maxemus Entertainment L.L.C. v.

January 29, 2004. GRANTED.
SO ORDERED.

Motion for Continuance - Page 1