

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MY NGUYEN** | : |
| | : CIVIL ACTION NO. |
| v. | : |
| | : 301 CV 832 (AVC) |
| **STANADYNE AUTOMOTIVE** | : |
| **CORP. and PHAT NGUYEN** | : January 26, 2004 |

### PLAINTIFF'S MOTION FOR CONTINUANCE RE BILL OF COSTS

My Nguyen, Plaintiff herein, moves for additional time to respond to the Clerk's assessment of costs in this case and represents as follows:

### History

On July 29, 2003, Plaintiff submitted her bill of costs. The Clerk taxed costs during the week of January 19, 2004.

On January 29, 2004, Plaintiff requested additional time to respond because of her counsel's involvement with a trial in Hartford Superior Court. The court extended the time for response to February 6, 2004.

### Time Constraints

Plaintiff's counsel has been engaged in the trial of a construction dispute in Hartford Superior Court since January 15, 2004. A&A Mason v. Montagno Construction, No. CV - 01 - 0809650 S. The case was expected to conclude much earlier. Defendant is still presenting its case in chief.

Motion for Continuance - Page 1

Counsel appeared in New London Superior Court on Monday, February 9, 2004 and did not return to his office until late in the afternoon.

Counsel has had to obtain continuances of two trials and arrange postponements and continuances of other pending matters because of the unexpected duration of the pending trial. To prepare the response to the ruling, which is being filed contemporaneously with this motion, Plaintiff's counsel required more than one and one-half hour to gather and review the appropriate records, time which has not been available because of the court assignments. For these reasons, counsel has been unable to respond in a timely manner.

**Consent of Counsel**

Defendants' counsel does not oppose this request for extension of time.

MY NGUYEN,
PLAINTIFF

By: _____
Charles D. Houlihan, Jr.
Federal Bar No. CT 11416
Post Office Box 582
Simsbury, CT 06070

Telephone:  (860) 658-9668
Telecopier:  (860) 658-1339
charles.houlihan@sbcglobal.net

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed by United States mail, postage pre-paid, by facsimile or by hand-deliver to the following parties or counsel of record:

Glenn A. Duhl, Esq.
Siegel, O'Connor, Zangari, O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
(860)727-8900 Ext. 215
Fax: (860) 527-5131

A. Paul Spinella, Esq.
Spinella & Associates
One Lewis Street
Hartford, CT 06103
Federal Bar No. CT 00078

on this the 6th day of February 2004.

_____
Charles D. Houlihan, Jr.