

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MY NGUYEN** | : |
| | :    CIVIL ACTION NO. |
| v. | : |
| | :    301 CV 832 (AVC) |
| **STANADYNE AUTOMOTIVE** | : |
| **CORP. and PHAT NGUYEN** | :    February 10, 2004 |

**PLAINTIFF'S RESPONSE TO RULING ON BILL OF COSTS**

My Nguyen, Plaintiff herein, makes this response to the Ruling on Bill of Costs and represents as follows:

**Fees for Service**

Plaintiff retained State Marshal Abraham Glassman to serve the summons and complaint upon defendants. Plaintiff returned the two executed summons to court by letter dated May 17, 2001. True copies of the correspondence and summons are attached hereto. The executed summons reflect that the cost of service upon Phat Nguyen was $59.20. Plaintiff requests an award of costs against Phat Nguyen in that amount.

Plaintiff requests the Clerk to take judicial notice of the executed summons in the court's file.

**Translator**

The parties agreed to share the cost of the court interpreter, which amounted to $1,061.40. Plaintiff has paid $530.70 to the interpreter, and Defendants have paid the same amount. The interpreter was used by Plaintiff in her case in chief and by Defendants in their cases in chief.

The agreement for payment of costs does not, of course, affect the taxing of these costs. Three issues must be considered. First, Defendants agreed to share the cost, and Stanadyne should not be reimbursed for the portion of $530.70 attributed to the judgment debtor, Phat Nguyen. Second, whatever portion of Defendants' interpreter costs is taxed in favor of Stanadyne against Plaintiff, the same amount must necessarily be added to the costs awarded Plaintiff against Phat Nguyen.

In summary, Defendant Phat Nguyen should be taxed with the $530.70 paid by Plaintiff for the interpreter, together with interpreter costs taxed against her in favor of Stanadyne.

**Deposition**

Both Defendants noticed Plaintiff for her deposition; a true copy is attached. The deposition transcript was used by Defendants in connection with their cases in chief. Because both incurred the cost and judgment was rendered against Phat Nguyen in favor of Plaintiff, the $425.06 cost of the deposition should be divided equally between the two defendants. Accordingly, Stanadyne is entitled to taxed costs of no more than $212.53 for the cost of Plaintiff's deposition.

**Plaintiff's Cost Summary**

Plaintiff believes her costs should be taxed against Phat Nguyen as follows:

| Filing Fee | $150.00 | Already taxed by Clerk |
| Service of Summons | $59.20 | Phat Nguyen service only |
| Translator | $530.70 | Translator cost paid by Plaintiff |
| Translator balance | $0.00 | The translator cost assessed against Plaintiff in favor of Stanadyne |
| Attorney fee at trial | $20.00 | |

MY NGUYEN
PLAINTIFF

By: _____
Charles D. Houlihan, Jr.
Federal Bar No. CT 11416
Post Office Box 582
Simsbury, CT 06070

Telephone:   (860) 658-9668
E-Mail:      charles.houlihan@sbcglobal.net
Telecopier:  (860) 658-1339

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed by United States mail, postage pre-paid, by facsimile or by hand-deliver to the following parties or counsel of record:

Glenn A. Duhl, Esq.
Siegel, O'Connor, Zangari, O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103

Fax: (860) 527-5131

on this the ___ day of February 2004.

_____
Charles D. Houlihan, Jr.

LAW OFFICES OF

# CHARLES D. HOULIHAN, JR.

1276 HOPMEADOW STREET
POST OFFICE BOX 582
SIMSBURY, CONNECTICUT 06070

ADMITTED TO PRACTICE:
CONNECTICUT
TEXAS

TELEPHONE: 860-658-9668
E-MAIL:    CDHatty@aol.com
TELECOPIER: 860-658-1339

May 17, 2001

U. S. District Clerk
450 Main Street
Hartford, CT 06103

    Re:    **Nguyen v. Stanadyne**
              301 CV 832 (AVC)

Dear Sir/Madam:

    I enclose two executed summons reflecting service of summons upon the Defendants on May 15, 2001.

                              Sincerely yours,


                              Charles D. Houlihan, Jr.

c:    A. Paul Spinella, Esq.
      My Nguyen

# United States District Court

_____ DISTRICT OF _____

CONNECTICUT

My Nguyen

V.

Stanadyne Automotive Corp.
and Phat Nguyen

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**301CV832 AVC**

TO: (Name and address of defendant)

Phat Nguyen
Stanadyne Automotive Corp.
92 Deerfield Road
Windsor, CT 06095

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Houlihan, Jr.
P.O. Box 582
Simsbury, CT 06070

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE                                                MAY 11 2001

_____                    _____
CLERK                                                                        DATE

_____(signature)_____
(BY) DEPUTY CLERK

# United States District Court

---------- DISTRICT OF ----------

**CONNECTICUT**

My Nguyen

V.

Stanadyne Automotive Corp.
and Phat Nguyen

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**301CV832 -AVC**

TO: (Name and address of defendant)

Stanadyne Automotive Corp.
Prentice-Hall Corporation System
94 Hungerford Street
Hartford, CT   06106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles D. Houlihan, Jr.
P.O. Box 582
Simsbury, CT   06070

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**KEVIN F. ROWE**

MAY 11 2001

CLERK

DATE

_(signature)_

(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

MY NGUYEN
    Plaintiff

v.

STANADYNE AUTOMOTIVE CORP.
and PHAT NGUYEN
    Defendants

Civil No. 301CV832(AVC)

July 27, 2001

## NOTICE OF PLAINTIFF'S DEPOSTION

PLEASE TAKE NOTICE, that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Defendants, Stanadyne Automotive Corporation and Phat Nguyen, will take the deposition of the Plaintiff, My Nguyen, on September 25, 2001, beginning at 10:00 a.m. The deposition will be held at the offices of Jackson Lewis Schnitzler & Krupman, 55 Farmington Avenue, Suite 1200, Hartford, CT 06105 and will continue from day-to-day until completed before a competent court reporter.

DEFENDANTS,
STANADYNE AUTOMOTIVE CORP.
and PHAT NGUYEN

By: _____
Edward M. Richters (ct08043)
Jackson Lewis Schnitzler & Krupman
55 Farmington Avenue, Suite 1200
Hartford, CT 06106
(860) 522-0404

# Brandon Smith Reporting Service, LLC

44 Capitol Ave.
Hartford, CT 06106
860-549-1850
Tax ID # 06-144-8649

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/15/2001 | 961971 |

**PAID**

**BILL TO**
Jackson, Lewis, LLP
Edward M. RIchters, Esq.
55 Farmington Avenue
Hartford, Ct. 06105

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
|  | Net 30 |  |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | In Re: My Nguyen vs Syanadync Automotive Corporation, et al |  |  |
|  | Depo of: My Nguyen |  |  |
|  | Date: September 25, 2001 |  |  |
| 84 | Transcript pages: Original and one copy | 3.75 | 315.00T |
|  | Appearance | 80.00 | 80.00T |
|  | Shipping and Handling | 6.00 | 6.00T |
|  | Sales Tax | 6.00% | 24.06 |

Aretha Martin


EXHIBIT A

**Total** $425.06

We accept Mastercard, Visa, American Express.