UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MY NGUYEN, : | |
| : | CASE NO.  3:01 CV 832(AVC) |
| PLAINTIFF, : | |
| : | |
| v. : | |
| : | |
| STANADYNE AUTOMOTIVE : | |
| CORPORATION AND PHAT NGUYEN, : | |
| : | |
| DEFENDANTS. : | FEBRUARY 12, 2004 |

### REPLY MEMORANDUM TO PLAINTIFF'S BILL OF COSTS

Defendant Stanadyne Corporation ("Stanadyne") hereby submits this memorandum replying to "Plaintiff's Response to Ruling on Bill of Costs," dated February 10, 2004, ("Plaintiff's Memo").

The first argument on page 2 of Plaintiff's Memo that Stanadyne's payment of interpreter fees should somehow be reduced is without citation to any authority and is entirely meritless. Stanadyne prevailed at the trial; Stanadyne paid translator fees; and, accordingly, Stanadyne is entitled to the fees it paid.

Similarly, the unsupported second argument on page 2 of Plaintiff's Memo that Stanadyne's payment of a deposition transcript should somehow be reduced because a non-prevailing party also relied on or otherwise used the transcript is utterly ridiculous. Plaintiff's presumption that "both" defendants incurred the cost is erroneous. Stanadyne prevailed at the trial; Stanadyne paid the deposition transcript fees and demonstrated this to the clerk; and, accordingly, Stanadyne is entitled to the fees it paid.

STANADYNE CORPORATION

By: _____
Richard D. O'Connor  ct05388
Glenn A. Duhl  ct03644
Siegel, O'Connor, Zangari,
    O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
Tel.: (860) 727-8900
Fax: (860) 527-5131
gduhl@siegeloconnor.com
roconnor@siegeloconnor.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Reply Memorandum to Plaintiff's Bill of Costs has been served upon counsel for Plaintiff, Charles D. Houlihan, Jr., Esq., P.O. Box 582, Simsbury, CT 06070, and A. Paul Spinella, Esq., Spinella & Associates, One Lewis Street, Hartford, CT 06103, by first class mail, postage prepaid, this 12th day of February 2004.

_____
Glenn A. Duhl