UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MY NGUYEN** | : |
| | : CIVIL ACTION NO. |
| v. | : |
| | : 301 CV 832 (AVC) |
| **STANADYNE AUTOMOTIVE** | : |
| **CORP. and PHAT NGUYEN** | : January 26, 2004 |

### PLAINTIFF'S MOTION FOR CONTINUANCE RE BILL OF COSTS

My Nguyen, Plaintiff herein, moves for additional time to respond to the Clerk's assessment of costs in this case and represents as follows:

**History**

On July 29, 2003, Plaintiff submitted her bill of costs. The Clerk taxed costs during the week of January 19, 2004.

On January 29, 2004, Plaintiff requested additional time to respond because of her counsel's involvement with a trial in Hartford Superior Court. The court extended the time for response to February 6, 2004.

**Time Constraints**

Plaintiff's counsel has been engaged in the trial of a construction dispute in Hartford Superior Court since January 15, 2004. A&A Mason v. Montagno Construction, No. CV - 01 - 0809650 S. The case was expected to conclude much earlier. Defendant is still presenting its case in chief.

Motion for Continuance - Page 1

*February 13, 2004. GRANTED. SO ORDERED.*

*Alfred V. Covello, U.S.D.J.*